# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–20119–lbr</u>
Chapter 7

In re: (Name of Debtor)
    SONIA HERNANDEZ                      PABLO HERNANDEZ
    530 RIVER BED ST.                     530 RIVER BED ST.
    LAS VEGAS, NV 89110               LAS VEGAS, NV 89110

Social Security No.:
    xxx–xx–7732                               xxx–xx–7776

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/13/10                                              BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court